■ In the Matter of ALVIN PETERSON, Petitioner, v BRENDA SOLOFF et al., Respondents. [844 NYS2d 162]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed as moot, without costs or disbursements. All concur. No opinion. Order filed. Concur—Andrias, J.P., Sullivan, Catterson, McGuire and Malone, JJ.